# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILLIAM WESLEY,

    *Petitioner,*

vs.

JACK PALMER, *et al.*,

    *Respondents.*

3:09-cv-00143-BES-VPC

ORDER

Petitioner has not responded to the Court's prior order (#9). The order directed petitioner to file an amended petition and to attach copies of all state court written decisions regarding his conviction. The order informed petitioner that the matter would be dismissed without further advance notice if he did not both fully and timely comply with the order. The order additionally informed petitioner that the motions for appointment of counsel would not be considered further in advance of his compliance with the order. No amendment or other response has been received.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice. The Clerk shall enter final judgment accordingly. All pending motions (##4 & 7) are DENIED.

DATED: This 7th day of July, 2009.

_____
BRIAN SANDOVAL
United States District Judge